8767.　LADD LIME AND STONE COMPANY *v.* GRIFFIN.

BLOODWORTH, J.　The court did not err in sustaining the demurrer and dismissing the petition.

*Judgment affirmed. Broyles, P. J., and Harwell, J., concur.*

DECIDED DECEMBER 14, 1917.

Complaint; from city court of Valdosta—Judge Cranford. March 16, 1917.

*Franklin & Langdale, E. K. Wilcox,* for plaintiff.
*Whitaker & Dukes,* for defendant.